Lauren A. Shurman (11243)
lauren.shurman@stoel.com
Wesley F. Harward (15623)
wesley.harward@stoel.com
STOEL RIVES LLP
201 S Main Street, Suite 1100
Salt Lake City, UT  84111
Telephone:  (801) 328-3131

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KATRINA CLEAVELAND,<br><br>Plaintiff,<br><br>v.<br><br>WESTMINSTER COLLEGE,<br><br>Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:19–cv–974–DBB<br><br>Judge David B. Barlow<br>Magistrate Judge Dustin B. Pead |

Plaintiff Katrina Cleaveland ("Plaintiff"), and Defendant Westminster College

("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to

the dismissal of this action in its entirety, including all of Plaintiff's claims against Defendant,

WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

109020101.1 0011294-00020

DATED:  December 11, 2020

STOEL RIVES LLP


/s/ Lauren A. Shurman
Lauren A. Shurman
Wesley F. Harward

*Attorneys for Defendant Westminster College*

DATED:  December 11, 2020

SNOW CHRISTENSEN & MARTINEAU


/s/ Amanda B. Mendenhall*
Amanda B. Mendenhall
Erika M. Larsen
**signed with permission via email*

*Attorneys for Plaintiff*

2

109020101.1 0011294-00020

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of December, 2020, I caused copy of the foregoing

**STIPULATION OF DISMISSAL WITH PREJUDICE** to be served via ECF/CM filing on the

following counsel of record:

Amanda B. Mendenhall
Erika M. Larsen
P. Matthew Cox
SNOW CHRISTENSEN & MARTINEAU
10 Exchange Place, 11th Floor
Salt Lake City, Ut 84145-5000
abm@scmlaw.com
eml@scmlaw.com

/s/ Rachel L.H. DiFrancesco